# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ALFONZO B. SALLEY, | : No. 79 EM 2015 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY AND ITS PRESIDENT JUDGE, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2015, the Application for Extraordinary Relief is **DENIED**.